1  ARNOLD & PORTER LLP
   ANGEL A. GARGANTA (SBN 163957)          EMILIA P. E. MORRIS (SBN 253681)
2  MANAV KUMAR (SBN 266277)                777 South Figueroa Street, 44th Floor
   One Embarcadero Center, 22nd Floor      Los Angeles CA 90017-5844
3  San Francisco, CA 94111-3711            Telephone:  +1 213.243.4000
   Telephone:  +1 415.356.3000             Facsimile:  +1 213.243.4199
4  Facsimile:  +1 415.356.3099             E-Mail:  emilia.morris@aporter.com
   E-Mail:  angel.garganta@aporter.com
5           manav.kumar@aporter.com

6

7  Attorneys for Defendant
   THE QUAKER OATS COMPANY

8  THE WESTON FIRM                         LAW OFFICES OF RONALD A. MARRON
   GREGORY S. WESTON (SBN 239944)          RONALD A MARRON (SBN 175650)
9  888 Turquoise Street                    3636 4th Avenue, Suite 202
   San Diego, CA 92109                     San Diego, CA 92103
10 Telephone: (858) 488-1672                Telephone:  619-696-9006
   Facsimile: (480) 247-4553                Fax: 619-564-6665
11 Email: greg@westonfirm.com               Email: ron.marron@gmail.com

12 JACK FITZGERALD (SBN 257370)
   2811 Sykes Court
13 Santa Clara, CA 95051
   Telephone:  408-459-0305
14 Email: jack@westonfirm.com

15 Attorneys for Plaintiffs
   KELLY BRUNO and REBECCA YUMUL

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| KELLY BRUNO and REBECCA YUMUL on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No.: 4:10-cv-05538-DMR<br><br>**STIPULATION AND ORDER TO STAY PENDING RULING ON MOTION TO CONSOLIDATE** |
|---|---|

Plaintiffs Kelly Bruno and Rebecca Yumul ("Plaintiffs"), and Defendant The Quaker Oats Company ("Defendant"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 9, 2010, in *Chacanaca and Guttmann v. The Quaker Oats Co.*, No. 5:10-cv-00502 RS, plaintiff Victor Guttmann, plaintiff Sonya Yrene, and Plaintiffs in the present action filed a Motion to Consolidate and Appoint Interim Class Counsel, seeking consolidation of the following three actions: (1) *Robert Chacanaca and Victor Guttmann v. The Quaker Oats Company*, No. 5:10-cv-00502 RS (N.D. Cal., filed February 3, 2010) ("*Chacanaca/Guttmann* Action"); (2) *Sonya Yrene v. The Quaker Oats Company*, No. 5:10-cv-05398 PSG (N.D. Cal., filed November 29, 2010); and (3) *Kelly Bruno and Rebecca Yumul v. The Quaker Oats Company*, No. 4:10-cv-05538 DMR (N.D. Cal., filed Dec. 7, 2010);

WHEREAS, a hearing on the Motion to Consolidate is scheduled for January 13, 2011, before the Honorable Richard Seeborg, presiding over the *Chacanaca/Guttmann* Action;

WHEREAS, counsel for the Plaintiffs and Defendant have conferred regarding the most efficient way to proceed;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant, through their respective counsel and subject to the Court's approval that:

1. All pending dates in this matter, including but not limited to the time to answer, all discovery, and all dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #2), are stayed pending a ruling by the *Chacanaca/Guttmann* Court on the Motion to Consolidate;

2. If the Motion to Consolidate is denied, Quaker shall have 60 days from the denial of the Motion to Consolidate to file a response to the Complaint, and the parties shall inform the Court that a new Order Setting Initial Case Management Conference and ADR Deadlines should be issued based on the Court's availability;

3. If the Motion to Consolidate is granted, Plaintiffs and Defendant agree that all discovery shall continue to be stayed pending a ruling by the *Chacanaca/Guttmann* Court on Quaker's motion to dismiss the Consolidated Amended Complaint filed in *Chacanaca/Guttmann*,

with the exception that, subject to the entry of an appropriate protective order, Quaker will produce some additional documents that it has already collected in the *Chacanaca/Guttmann* case.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated:  December 21, 2010                    ARNOLD & PORTER LLP

By:   /s/ Angel A. Garganta  
      Angel A. Garganta  
      Attorney for Defendant  
      The Quaker Oats Company

Dated:  December 21, 2010                    THE WESTON FIRM

By:   /s/ Gregory S. Weston  
      Gregory S. Weston  
      Jack Fitzgerald  
      Attorneys for Plaintiffs Kelly Bruno and  
      Rebecca Yumul

Dated:  December 21, 2010                    LAW OFFICES OF RONALD A. MARRON, APLC

By:   /s/ Ronald A. Marron  
      Ronald A. Marron  
      Attorney for Plaintiffs Kelly Bruno and  
      Rebecca Yumul

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  December 23, 2010

IT IS SO ORDERED  
Judge Donna M. Ryu

Honorable Donna M. Ryu  
United States Magistrate Judge

## NOTICE OF ATTESTATION

I, Angel A. Garganta, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY PENDING RULING ON MOTION TO CONSOLIDATE.  In compliance with General Order 45, X.B., I hereby attest that Plaintiffs' counsel has concurred in this filing.


DATED: December 21, 2010                                  ARNOLD & PORTER LLP

                                                                    By: _____/s/ Angel A. Garganta_____
                                                                              Angel A. Garganta